**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **R & H Motor Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Cross Motor Group** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-4016972** |

---

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **379 Anderson Rd. N**<br>**Rock Hill, SC 29730**<br>Number, Street, City, State & ZIP Code | **6829 Evanton Loch Road**<br>**Charlotte, NC 28278**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

---

**5.  Debtor's website** (URL)  _____

---

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **R & H Motor Group, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **District of South Carolina** | When | **12/06/24** | Case number | **24-04374** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **R & H Motor Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **R & H Motor Group, Inc.**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **R & H Motor Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  6, 2025**
MM / DD / YYYY

**X** **/s/ Hani Ibrahim**
Signature of authorized representative of debtor

**Hani Ibrahim**
Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Jason M Ward**
Signature of attorney for debtor

Date    **April  6, 2025**
MM / DD / YYYY

**Jason M Ward 11530**
Printed name

**Jason Ward Law, LLC**
Firm name

**414-D Pettigru St**
**Greenville, SC 29601**
Number, Street, City, State & ZIP Code

Contact phone    **864-239-0007**    Email address    **Jason@WardLawSC.com**

**11530 SC**
Bar number and State

## United States Bankruptcy Court
### District of South Carolina

In re  **R & H Motor Group, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hani Ibrahim**, declare under penalty of perjury that I am the **President** of  **R & H Motor Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 6th day of April, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hani Ibrahim, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hani Ibrahim, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hani Ibrahim, President** of this Corporation is authorized and directed to employ **Jason M Ward 11530**, attorney and the law firm of **Jason Ward Law, LLC** to represent the corporation in such bankruptcy case."

Date **April  6, 2025**

Signed **/s/ Hani Ibrahim**

**Hani Ibrahim**

Resolution of Board of Directors
of
**R & H Motor Group, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hani Ibrahim, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hani Ibrahim, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hani Ibrahim, President** of this Corporation is authorized and directed to employ **Jason M Ward 11530**, attorney and the law firm of **Jason Ward Law, LLC** to represent the corporation in such bankruptcy case.

Date   **April 6, 2025**                          Signed   /s/Hani Ibrahim


Date   **April 6, 2025**                          Signed

# Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2023 or tax year beginning **01/01**, 2023, ending **12/31**, 20**23**

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2023**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | | | |
| b Life/nonlife consolidated return ☐ | | | |
| 2 Personal holding co. (attach Sch. PH) ☐ | | | |
| 3 Personal service corp. (see instructions) ☐ | | | |
| 4 Schedule M-3 attached ☐ | | | |

TYPE OR PRINT

**Name**
R & H MOTOR GROUP INC

**Number, street, and room or suite no. If a P.O. box, see instructions.**
837 ANDERSON ROAD

**City or town, state or province, country, and ZIP or foreign postal code**
ROCK HILL, SC 29730

**B Employer identification number**
85-4016972

**C Date incorporated**
12/18/2019

**D Total assets (see instructions)**
$

E Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a 305774 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 305774 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 12307 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 293467 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 293467 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | 4561 |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 3456 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| 26 | Other deductions (attach statement) | 26 | 274105 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 282122 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 11345 |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 11345 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 2382 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part II, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 2382 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2024 estimated tax** _____ **Refunded** | 37 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Hani IBRAHIM*
Hani IBRAHIM (04/06/2025 23:00 EDT)
Signature of officer

Date

PRESIDENT
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| MELVIN POOLE | | 01/09/2025 | | P00371375 |

| Firm's name | PB TAX AND BOOKKEEPING | Firm's EIN | 57-0991481 |
|---|---|---|---|
| Firm's address | 523 SALUDA ST, ROCK HILL, SC 29730 | Phone no. | (803) 366-1910 |

For Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 11450Q

Form **1120** (2023)

QNA

R & H MOTOR GROUP INC

Form 1120 (2023)

85-4016972

Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . | | | |

QNA

Form **1120** (2023)

R & H MOTOR GROUP INC

Form 1120 (2023)

85-4016972

Page **3**

## Schedule J   Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | | |
|---|---|---|---|
| 1 | Income tax. See instructions | 1 | 2382 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | 2 | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | 3 | |
| 4 | Add lines 1, 2, and 3 | 4 | 2382 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (see instructions—attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 2382 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) | 9f | |
| g | Interest/tax due under section 453(l) | 9g | |
| z | Other (see instructions—attach statement) | 9z | |
| 10 | **Total.** Add lines 9a through 9z | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 2382 |

### Part II—Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |
| 13 | Preceding year's overpayment credited to the current year | 13 | |
| 14 | Current year's estimated tax payments | 14 | |
| 15 | Current year's refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| z | Other (attach statement—see instructions) | 20z | |
| 21 | **Total credits.** Add lines 20a through 20z | 21 | |
| 22 | Elective payment election amount from Form 3800 | 22 | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2023)

QNA

R & H MOTOR GROUP INC

Form 1120 (2023)

85-4016972

Page **4**

| Schedule K | Other Information (see instructions) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash    b ☐ Accrual    c ☐ Other (specify) _____ | | | |
| 2 | See the instructions and enter the: | | | |
| a | Business activity code no. _____ | | | |
| b | Business activity _____ | | | |
| c | Product or service _____ | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group?   .   .   .   .   .   .   .   .   .   . | | | X |
| | If "Yes," enter name and EIN of the parent corporation _____ | | | |
| 4 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)  .   .   .   .   .   . | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)   . | | | X |
| 5 | At the end of the tax year, did the corporation: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | | X |
| | If "Yes," complete (i) through (iv) below. | | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316  .   .   .   .   .   .   .   .   . | | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?   . | | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | | |
| | (a) Percentage owned _____ and (b) Owner's country _____ | | | |
| | (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount  .   .   .   .   .   .   . ☐ | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $ _____ | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____ | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)  . ☐ | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ _____ | | | |

Form **1120** (2023)

QNA

R & H MOTOR GROUP INC                                                                    85-4016972
Form 1120 (2023)                                                                              Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year  $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions  . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions  . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?  . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions  . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote                         By Value | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions  . | | X |
| 28 | Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? . . . . . . | | X |
| b | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . | | X |
| c | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a statement. See instructions. | | |

R & H MOTOR GROUP INC

Form 1120 (2023)                                                                                                85-4016972

Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . | | | | |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . | | | | |
| 7 | Loans to shareholders . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . . | | | | |
| 10a | Buildings and other depreciable assets . . | | | | |
| b | Less accumulated depreciation . . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . | | | | |
| b | Less accumulated amortization . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . | | | | |
| 15 | Total assets . . . . . . . . . . | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . | | | | |
| 22 | Capital stock:   a Preferred stock . . . . | | | | |
| | b Common stock . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . . | | | | |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note: The corporation may be required to file Schedule M-3. See instructions.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . | | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . | | | Tax-exempt interest   $ _____ | |
| 3 | Excess of capital losses over capital gains . | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ _____ | |
| a | Depreciation . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions . $ _____ | | | _____ | |
| c | Travel and entertainment . $ _____ | | 9 | Add lines 7 and 8 . . . . . . . | |
| | _____ | | 10 | Income (page 1, line 28)—line 6 less line 9 | |
| 6 | Add lines 1 through 5 . . . . . . . | | | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . | | 5 | Distributions: a Cash . . . . | |
| 2 | Net income (loss) per books . . . . . | | | b Stock . . . . | |
| 3 | Other increases (itemize): _____ | | | c Property . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | _____ | | 7 | Add lines 5 and 6 . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . | | 8 | Balance at end of year (line 4 less line 7) | |

QNA

Form **1120** (2023)

| Form **1125-A** | **Cost of Goods Sold** | OMB No. 1545-0123 |
|---|---|---|

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

| Name | Employer identification number |
|---|---|
| R & H MOTOR GROUP INC | 85-4016972 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 54121 |
| 2 | Purchases | 2 | 12397 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 66518 |
| 7 | Inventory at end of year | 7 | 54211 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 12307 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | 0

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

1120 SUPPORTING STATEMENTS FOR 85-4016972

R & H MOTOR GROUP INC
85-4016972
837 ANDERSON ROAD
ROCK HILL, SC 29730

**** SCHEDULE of Other Deductions:

| Description | Amount |
|---|---|
| MEALS AND ENTERTAINMENT | 2724 |
| OFFICE SUPPLIES | 2464 |
| POSTAGE AND SHIPPING | 6480 |
| SECURITY | 1700 |
| MORTGAGE | 66190 |
| WAYNE REAVES SYSTEM | 1600 |
| PHONE AND INTERNET | 3900 |
| UTILITIES | 4601 |
| INSURANCE | 3900 |
| 1099 WORKERS | 61200 |
| AUTO REPAIRS | 105534 |
| AUTO DETAILING | 13812 |
| | ----------- |
| | 274105 |

1038



| | STATE OF SOUTH CAROLINA | **SC 1120** |
| dor.sc.gov | **C CORPORATION INCOME TAX RETURN** Due by the 15th day of the fourth month following the close of the taxable year. | (Rev. 7/14/23) 3091 |

Income Tax period ending __12 - 31 - 2023__

License Fee period ending __12 - 31 - 2024__

FEIN __85-4016972__

Name __R & H MOTOR GROUP INC__

Mailing address __837 ANDERSON ROAD__

City __ROCK HILL__    State __SC__    ZIP __29730__

Change of ▶ ☐ Address    ☐ Accounting Period
☐ Officers

☐ Check if you filed a federal or state extension

Check if: ▶ ☐ Initial Return    ▶ ☐ Consolidated Return (Complete Schedule M)
▶ ☐ Amended Return    ▶ ☐ Includes Disregarded LLCs (Complete Schedule L)

Check if:
▶ ☐ Merged    ▶ ☐ Reorganized    ▶ ☐ Final

Total gross receipts    Total cost of depreciable personal property in SC
▶    305774 ▶

County or counties in SC where property is located

Audit location: Street address

City    State    ZIP

Audit contact: Name    Phone number

Email
HANIIBRAHIMUS@GMAIL.COM

Is the corporation included in a consolidated federal return?
☐ Yes    ☒ No

Name of federal parent company

FEIN of federal parent company

Attach complete copy of federal return

**PART I — COMPUTATION OF INCOME TAX LIABILITY**

| | | | | |
|---|---|---|---|---|
| 1. Federal taxable income from federal tax return | ▶ | 1. | 11345 | 00 |
| 2. Net adjustment from Schedule A and B, line 12 | | 2. | | 00 |
| 3. Total net income as reconciled (add line 1 and line 2) | ▶ | 3. | 11345 | 00 |
| 4. If multi-state corporation, enter amount from Schedule G, line 6; otherwise, enter amount from line 3. | ▶ | 4. | 11345 | 00 |
| 5. South Carolina net operating loss carryover, if applicable | ▶ | 5.< | | 00 > |
| 6. South Carolina net income subject to tax (subtract line 5 from line 4) | ▶ | 6. | 11345 | 00 |
| 7. Tax (multiply line 6 by 5%) | | 7. | 567 | 00 |
| 8. Tax deferred on income from foreign trade receipts (see instructions) | ▶ | 8.< | | 00 > |
| 9. Balance (subtract line 8 from line 7) | | 9. | 567 | 00 |
| 10. Nonrefundable credits (enter amount from Schedule C, line 5) | ▶ | 10.< | | 00 > |
| 11. Balance of tax (subtract line 10 from line 9 and enter the difference, but not less than zero) | | 11. | 567 | 00 |
| 12. Interest on DISC-deferred tax liability [ 00 ] or foreign trade deferred tax liability [ 00 ] | | 12. | | 00 |
| 13. Total tax and/or interest (add line 11 and line 12) | | 13. | 567 | 00 |
| 14. Payments:    (a) Tax withheld (attach 1099s or I-290s) | ▶ | 14a. | | 00 |
| (b) Paid by declaration | ▶ | 14b. | | 00 |
| (c) Paid with extension | ▶ | 14c. | | 00 |
| (d) Credit from line 29b | | 14d. | | 00 |
| Refundable Credits:    (e) Ammonia Additive | ▶ | 14e. | | 00 |
| (f) Milk Credit | ▶ | 14f. | | 00 |
| (g) Reserved for future use | | 14g. | | 00 |
| 15. Total payments and refundable credits (add line 14a through line 14f) | | 15. | | 00 |
| 16. Balance of tax and/or interest (subtract line 15 from line 13) | ▶ | 16. | 567 | 00 |
| 17. (a) Interest [ 00 ] (b) Late file/pay penalty [ 00 ] | | | | |
| (c) Declaration penalty (attach SC2220) ▶ [ 00 ] | | | | |
| Total (add line 17a through line 17c) See penalty and interest in SC1120 instructions | ▶ | 17. | | 00 |
| 18. Total Income Tax, interest, and penalty (add line 16 and line 17) ..... **BALANCE DUE** | | 18. | 567 | 00 |
| 19. Overpayment (subtract line 13 from line 15) [ 00 ] To be applied as follows: | | | | |
| (a) Estimated Tax ▶ [ 00 ] (b) License Fee ▶ [ 00 ] (c) REFUND ▶ | | | | 00 |

**PART II COMPUTATION OF LICENSE FEE AND SCHEDULES A, B, AND C PAGE 2**

30911085

**SC1120**                                                                    Page 2

| | | | |
|---|---|---|---|
| **PART II COMPUTATION OF LICENSE FEE** | | | |

20. Total capital and paid in surplus (multi-state corporations, see Schedule E) . . . . . . . . . . . . . . ▶ 20. | | 00
21. License Fee: multiply line 20 by .001 then add $15 (**Fee cannot be less than $25 per taxpayer**) ▶ 21. | 25 | 00
22. Credit taken this year from SC1120TC, Part II, Column C . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 22. ◀ | | 00 ▶
23. Balance (subtract line 22 from line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 23. | 25 | 00
24. Payments: (a) Paid with extension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶24a. | | 00
       (b) Credit from line 19b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24b. | | 00
25. Total payments (add line 24a and line 24b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25. | | 00
26. Balance of License Fee (subtract line 25 from line 23) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26. | 25 | 00
27. (a) Interest [ 00 ] (b) Late file/pay penalty [ 00 ]
    Total (add line 27a and line 27b) See penalty and interest in SC1120 Instructions. . . . . . . . . . . . . . 27. | | 00
28. Total License Fee, interest, and penalty  (add line 26 and line 27) . . . . . . . . . . **BALANCE DUE** 28. | 25 | 00
29. Overpayment (subtract line 23 from line 25) [ 00 ] To be applied as follows:
  (a) Estimated Tax ▶ [ 00 ] (b) Income Tax ▶ [ 00 ] (c) REFUND ▶ | | 00
30. **GRAND TOTAL: INCOME TAX and LICENSE FEE DUE** (add line 18 and line 28) . . . . 30. | 592 | 00

**REFUND OPTIONS** (select one; subject to program limitations)    ▶ ☐ Direct Deposit    ▶ ☐ Paper Check

If you select Direct Deposit, choose the account type (US accounts **only**)    ▶ ☐ Checking    ▶ ☐ Savings

Account information: Routing Number (RTN) ▶ [ ]    Must be 9 digits. First two numbers of the RTN must be 01 - 12 or 21 - 32    Bank Account Number (BAN) ▶ [ ]    1-17 digits

## SCHEDULE A AND B          ADDITIONS TO FEDERAL TAXABLE INCOME

1. Taxes on or measured by income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1. _____
2. Federal net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2. _____
3. Bonus depreciation and sect. 179 add-back . . . . . . . . . . . . . . . . . . 3. _____
4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4. _____
5. Other additions (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5. _____
6. Total additions (add line 1 through line 5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6. _____

### DEDUCTIONS FROM FEDERAL TAXABLE INCOME

7. Interest on US obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7. _____
8. Bonus depr. and sect. 179 subtraction . . . . . . . . . . . . . . . . . . 8. _____
9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9. _____
10. Other deductions (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10. _____
11. Total deductions (add line 7 through line 10) . . . . . . . . . . . . . . . . . . . . . . . . . .11. _____
12. Net adjustment (subtract line 11 from line 6) Also enter on SC1120, Part I, line 2 . . . . . . . . . . . . . . 12. _____

## SCHEDULE C          SUMMARY OF INCOME TAX CREDITS (FROM SC1120TC)

1. Credit carryover from previous year's SC1120, Schedule C (should match SC1120TC Column A, line 13) . . . . . . 1. _____
2. Enter total credits from SC1120TC, Column B, line 13 (attach SC1120TC and tax credit schedules) . . . . . . . . . . . . . 2. _____
3. Total credits (add line 1 and line 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3. _____
4. Tax from SC1120, Part I, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4. _____
5. Lesser of line 3 or line 4 (enter on SC1120, Part I, line 10; should match SC1120TC, Column C, line 13) . . . . . . 5. _____
6. Enter credits lost due to statute (should match SC1120TC, Column D, line 13) . . . . . . . . . . . . . . . . . . . 6. _____
7. Credit carryover (subtract line 5 and line 6 from line 3; should match SC1120TC, Column E, line 13) . . . . . . . . . 7. _____

**Sign Here**    Under penalty of law, I certify that I have examined this return, including accompanying annual report, statements, and schedules, and it is true and correct ~~ca~~ to the best of my knowledge.

*Hani IBRAHIM*
Hani IBRAHIM (04/06/2025 23:00 EDT)

| Signature of officer | President | HANIIBRAHIMUS@GMAIL.COM |
|---|---|---|
| | Officer's title | Email |
| HANI S IBRAHIM | | (704) 953-9009 |
| Print officer's name | Date | Phone number |

I authorize the Director of the SCDOR or delegate to discuss this return, attachments, and related tax matters with the preparer.    Yes ☒ No ☐    Print preparer's name: MELVIN POOLE

| **Paid Preparer's Use Only** | Preparer's signature | Date 01/09/2025 | Check if self-employed ☐ | Preparer's phone number (803) 366-1910 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | PB TAX AND BOOKKEEPING | | PTIN or FEIN P00371375 |
| | | 523 SALUDA ST ROCK HILL SC | ZIP 29730- | |

If this is a corporation's final return, signing here authorizes the SCDOR to disclose that information to the South Carolina Secretary of State (SCSOS). You must close with the SCSOS and the SCDOR.

| Taxpayer's signature | | Date |
|---|---|---|

30912083



SC1120                                                                                                                                    Page 3

**SCHEDULE D          ANNUAL REPORT TO BE COMPLETED BY ALL CORPORATIONS**

1. Name R & H MOTOR GROUP INC
2. Incorporated under the laws of the state of _____
3. Location of the registered office of the corporation in South Carolina _____
   In the city of _____ Registered agent at this address _____
4. Principal office address ,
   Nature of principal business in South Carolina _____
5. Total number of **authorized shares** of capital stock, itemized by class and series, if any, within each class:

   | Number of shares | Class | Series |
   |---|---|---|
   | | | |

6. Total number of **issued and outstanding shares** of capital stock itemized by class and series, if any, within each class:

   | Number of shares | Class | Series |
   |---|---|---|
   | | | |

7. Names and business addresses of the directors (or individuals functioning as directors) and principal officers in the corporation:
   Attach separate schedules if you need more space.

   | Name | Title | Business address |
   |---|---|---|
   | | | |
   | | | |
   | | | |
   | | | |
   | | | |

8. Date incorporated _12/18/2019_____ Date commenced business in South Carolina _____
9. Date of this report _____ FEIN ___85-4016972_____
10. If foreign corporation, the date qualified to do business in South Carolina _____
11. Was the name of the corporation changed during the year? _NO_____ Previous name _____
12. The corporation's books are in the care of _____
    Located at (street address) __,_____
13. If filing consolidated, complete and attach Schedule J for each corporation included in the consolidation.
14. Total amount of stated capital per balance sheet:
    - A. Total paid in capital stock (cannot be a negative amount) . . . . . . . . . . $ _____
    - B. Total paid in capital surplus (cannot be a negative amount) . . . . . . . . . $ _____
    - C. Total amount of stated capital (cannot be a negative amount) . . . . . . . . $ _____

**Attach a complete copy of your federal return.**

**File electronically** using Modernized Electronic Filing (MeF). **It's the fastest and easiest way to complete your return!** Learn more at **dor.sc.gov/biz-services.**

Getting a refund? **Choose Direct Deposit! It's fast, accurate, and secure!**

Have a balance due? **Pay online! It's quick and easy!** Use our free online tax portal, MyDORWAY, at **dor.sc.gov/pay.** Select **Business Income Tax Payment** to get started.

If you pay by check, make your check payable to SCDOR, and include your name, FEIN, tax year, and SC1120 in the memo. **Do not send cash.**

| **Mail Balance Due returns to:** | **Mail Refund or Zero Tax returns to:** |
|---|---|
| SCDOR | SCDOR |
| Corporate Taxable | Corporate Refund |
| PO Box 100151 | PO Box 125 |
| Columbia, SC 29202 | Columbia, SC 29214-0032 |

30913081



SC1120                                                                                                            Page 4

**Only multi-state corporations must complete Schedules E, F, G, and H**

## SCHEDULE E          COMPUTATION OF LICENSE FEE OF MULTI-STATE CORPORATIONS

1. Total capital and paid in surplus at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

2. SC proportion (multiply line 1 by the ratio from Schedule H-1, H-2, or H-3, as appropriate) Also enter on SC1120, line 20. $

## SCHEDULE F          INCOME SUBJECT TO DIRECT ALLOCATION

| | Gross Amounts 1 | Less: Related Expenses 2 | Net Amounts Allocated Directly to SC and Other States 3 | Net Amounts Allocated Directly to SC 4 |
|---|---|---|---|---|
| 1. Interest not connected with business | | | | |
| 2. Dividends received | | | | |
| 3. Rents | | | | |
| 4. Gains/losses on real property | | | | |
| 5. Gains/losses on intangible personal property | | | | |
| 6. Investment income directly allocated | | | | |
| 7. Total income directly allocated | | | | |
| 8. Income directly allocated to SC | | | | |

## SCHEDULE G          COMPUTATION OF TAXABLE INCOME OF MULTI-STATE CORPORATIONS

1. Total net income as reconciled from SC1120, page 1, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.

2. Income subject to direct allocation to SC and other states from Schedule F, line 7 . . . . . . . . . . . . . . . . . 2.

3. Total net income subject to apportionment (subtract line 2 from line 1) . . . . . . . . . . . . . . . . . 3.

4. Multiply line 3 by appropriate ratio from Schedule H-1, H-2, or H-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4.

5. Income subject to direct allocation to SC from Schedule F, line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5.

6. Total SC net income (add line 4 and line 5) Also enter on SC1120, page 1, line 4 . . . . . . . . . . . . . . . . . . . 6.

## SCHEDULE H-1          COMPUTATION OF SALES RATIO

| | Amount | Ratio |
|---|---|---|
| 1. Total sales within South Carolina (see instructions) | | |
| 2. Total sales everywhere (see instructions) | | |
| 3. Sales ratio (line 1 divided by line 2) | | % |

**If there are no sales anywhere:**   Enter 100% on line 3 if South Carolina is the principal place of business.

Enter 0% on line 3 if principal place of business is outside South Carolina.

## SCHEDULE H-2          COMPUTATION OF GROSS RECEIPTS RATIO

| | Amount | Ratio |
|---|---|---|
| 1. South Carolina gross receipts | | |
| 2. Amounts allocated to South Carolina on Schedule F | < > | |
| 3. South Carolina adjusted gross receipts (subtract line 2 from line 1) | | |
| 4. Total gross receipts | | |
| 5. Total amounts allocated on Schedule F | < > | |
| 6. Total adjusted gross receipts (subtract line 5 from line 4) | | |
| 7. Gross receipts ratio (line 3 divided by line 6) | | % |

## SCHEDULE H-3          COMPUTATION OF RATIO FOR SECTION 12-6-2310 COMPANIES

| | Amount | Ratio |
|---|---|---|
| 1. Total within South Carolina (see instructions) | | |
| 2. Total everywhere | | |
| 3. Taxable ratio (line 1 divided by line 2) | | % |



SC1120                                                                                          Page 6

**SCHEDULE L**                    **DISREGARDED LLCs INCLUDED IN RETURN**

List each disregarded Limited Liability Company (LLC) doing business in South Carolina or registered with the SCSOS.

Name                                                    FEIN/SC File #

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**Include additional Schedule Ls as needed.**

30916084



SC1120                                                                                          Page 7

**SCHEDULE M**          **CONSOLIDATED RETURN AFFILIATIONS SCHEDULE**

Include additional Schedule Ms as needed.  Include only corporations doing business in South Carolina.

**Part 1          General Information**

Is the common parent corporation included in the return?   ▶ ☐ Yes   ▶ ☒ No

If no, enter name and FEIN of common parent corporation.

Name _____ ▶ FEIN _____

Name of each corporation included in this consolidated return                    FEIN

| | | |
|---|---|---|
| Corporation 1 | _____ | ▶ _____ |
| Corporation 2 | _____ | ▶ _____ |
| Corporation 3 | _____ | ▶ _____ |
| Corporation 4 | _____ | ▶ _____ |
| Corporation 5 | _____ | ▶ _____ |
| Corporation 6 | _____ | ▶ _____ |
| Corporation 7 | _____ | ▶ _____ |
| Corporation 8 | _____ | ▶ _____ |

**Part 2          Income Tax Information**

| | Federal Taxable Income | Amounts Directly Allocated | Amounts Allocated to SC | SC Adjustments | SC NOL Prior Year Carryovers |
|---|---|---|---|---|---|
| Corporation 1 | $ | $ | $ | $ | $ |
| Corporation 2 | | | | | |
| Corporation 3 | | | | | |
| Corporation 4 | | | | | |
| Corporation 5 | | | | | |
| Corporation 6 | | | | | |
| Corporation 7 | | | | | |
| Corporation 8 | | | | | |
| Total | | | | | ▶ |
| | Equals page 1, line 1 | Equals Sch. F, line 7 | Equals Sch. F, line 8 | Equals page 1, line 2 | Equals page 1, line 5 |

**Part 3          License Fee, Allocation, and Apportionment Information**

| | Tax Credited on Return | Total Capital and Paid in Surplus | Apportionment Percentage | License Fee | |
|---|---|---|---|---|---|
| Corporation 1 | $ | $ | % | $ | |
| Corporation 2 | | | | | |
| Corporation 3 | | | | | |
| Corporation 4 | | | | | |
| Corporation 5 | | | | | |
| Corporation 6 | | | | | |
| Corporation 7 | | | | | |
| Corporation 8 | | | | | |
| Total | | ▶ | | ▶ | |
| | Equals page 1, line 15 | Equals page 2, line 20 | From Schedule H | Equals page 2, line 21 | |

30917082



SC1120                                                                                                        Page 8
**SCHEDULE N**                          **PROPERTY INFORMATION**

Property within South Carolina

|  | (a)  Beginning period | (b)  Ending period |
|---|---|---|
| 1. Land |  |  |
| 2. Buildings |  |  |
| 3. Machinery and equipment |  |  |
| 4. Construction in progress |  |  |
| 5. Other property* |  |  |
| Total |  |  |

*Provide an explanation or listing of property from line 5 above.

| Description of Property | (a)  Beginning period | (b)  Ending period |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |

30918080

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: | Case No. 25-_____ |
| R & H Motor Group, Inc. | Chapter 11 |
| Debtor. | Subchapter V |

**DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)**

I, Hani Ibrahim, as president of R & H Motor Group, Inc. ("Debtor"), as debtor in possession in the above captioned small business debtor reorganization hereby declare under penalty of perjury that the Debtor does not maintain a balance sheet, statement of operations, or cashflow statement in the ordinary operation of its business.

Respectfully submitted on this the 6th day of April, 2025,

*Hani IBRAHIM*
Hani IBRAHIM (04/06/2025 23:00 EDT)
_____
Hani Ibrahim
President, R & H Motor Group, Inc.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re  **R & H Motor Group, Inc.**  _____  Case No. _____

_____  Chapter  **11** _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____  $ _____ **0.00**

Prior to the filing of this statement I have received _____  $ _____ **0.00**

Balance Due _____  $ _____ **0.00**

☑  **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____  $ _____ **$16,738.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $    See attached Retainer
Agreement

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify):      Hani Ibrahim, President of Debtor

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
   reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
   522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
   any other adversary proceeding.**

In re    **R & H Motor Group, Inc.** _____     Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  6, 2025** _____     **/s/ Jason M Ward** _____
*Date*                                          **Jason M Ward 11530**
                                                *Signature of Attorney*
                                                **Jason Ward Law, LLC**
                                                **414-D Pettigru St**
                                                **Greenville, SC 29601**
                                                **864-239-0007  Fax: 864-239-0343**
                                                **Jason@WardLawSC.com** _____
                                                *Name of law firm*

Jason Ward Law, LLC
Jason M. Ward, Esq.

Email:
Jason@WardLawSC.com
Website:
www.WardLawSC.com



Jason Ward Law, LLC

Mailing Address:
414-D Pettigru St.
Greenville SC 29601

Phone:
864-239-0007

April 3, 2025

**Re: Retainer Agreement**

Dear R & H Motor Group,

*Who the Firm Represents*

This letter will serve as the agreement between <u>R & H Motor Group</u> (the "Client" or "R&H Motor Group, Inc.") and <u>Jason Ward Law, LLC</u> (the "Firm") under which the Firm has agreed to provide certain legal advice and representation to Client. <u>By signing below, Client acknowledges that Jason Ward Law, LLC represents only Client and **DOES NOT** represent any other affiliated, or related entity of Client; any member of Client, or any officers, directors, persons, or entities that are affiliated or related to Client.</u>

You have requested that Firm represent Client in a Chapter 11 bankruptcy proceeding in the District of South Carolina. By agreeing to undertake this representation Firm **DOES NOT** promise any particular result or outcome.

*Type of Representation*

**<u>The representation set forth in this agreement contemplates Firm representing Client in a chapter 11 bankruptcy case. In the event Client is sued in a non-bankruptcy forum, such as state court, Firm will NOT represent Client in such lawsuit(s) unless Firm and Client enter into separate written agreements as to each individual lawsuit. Firm cannot, and does not represent Client in any other jurisdiction other than South Carolina (inclusive of the South Carolina Federal Bankruptcy Court). Any additional representations will need to be agreed to by both parties in writing and a additional retainer may be required.</u>**

*Retainer Amount*

By Signing below Client agrees to pay to Firm an initial retainer in the amount of **$16,738.00** ("Funds") to retain Firm for the limited services set forth herein and in contemplation of a Chapter 11 filing. This retainer is to be used for only the Chapter 11 filing of Client. Those Funds must have been in Firm's account for a sufficient period of

time to become irrevocable before Firm will be considered retained under this agreement. In the event these Funds are insufficient to pay for time expended on Client's bankruptcy case, Firm may ask for additional funds in accordance with applicable bankruptcy and state laws.

*Invoicing, Charges, and Billing Rate*

Firm's fees shall be charged for the time expended by members and associates of the firm at the rate of $325.00/hour for Jason M. Ward, and $125/hour for any paralegal or support staff. If these rates change or if additional employees are added, you will be informed of their rate prior to being charged for their work.  You will be billed for travel time at ½ the traveling parties' hourly rate.  Firm, in its own discretion, may stop charging for travel time when working on other client files while traveling, but is not required to do so.  Client also agrees that Firm may hire contract attorneys and staff to assist with this case and to complete various tasks related to the bankruptcy.  Client will be billed for those items based on the hourly rates Firm charges for those contractors.  Client will be informed of these rates before work is performed. Depending on Firm's contract with the contractor, those hourly rates may be higher than the amounts actually paid to contractor for services rendered.

The expenses chargeable against Client's retainer may include, among other items, copies (digital or physical); charges for communication expenses (long distance or international calls); expedited mail or delivery services (i.e. Fed-Ex, USPS, etc.); research expenses; PACER charges; and fax/telecopier expenses.  Some of these expenses are currently included in the Firm's overhead and will not appear on your bill unless there are unusual charges incurred for your matter. Things like mailing, copies, unusual research expenses, or international calls are not included in overhead and will appear on your bill.

*Client Responsibilities*

By signing below Client agrees that it will fully cooperate with the Firm and will provide all information requested by Firm on a timely basis.  Failure to provide information in a timely manner may be grounds for termination of the attorney-client relationship.  By signing below Client is further acknowledging that any attempt to commit, or the commission of, a fraud on any Court requires Firm to immediately terminate its representation of Client and would require Firm to withdraw and inform the Court of any fraud that has been committed.

*Exclusions*

Firm will not represent Client in the matters listed below, and they are EXCLUDED from representation. If Client is interested in having the Firm represent Client in any excluded matter, we will need to discuss, and only after we both enter into a written retainer agreement will Firm be considered as Client's attorney for an excluded matter.

Excluded matters:

1. Adversary proceedings;
2. State Court lawsuits of any nature;
3. Appeals;

4. Matters involving material facts, which were not disclosed at the time of this Retainer agreement;

5. Arbitrations;

6. Tax matters; and

7. Mediation

*Document Destruction Policy*

At the conclusion of the Firm's representation, Firm will send Client a letter informing you that we are closing Client's file and Client will have 30 days to decide what it would like to do with its' documents.  If Client would like for Firm to destroy the files, Client must send written instructions to that effect. If Client does not provide Firm with instructions, at the conclusion of the 30-day period Firm will return all paper documents and electronic documents to Client.

*Electronically Stored Information (ESI) and Document Preservation*

As part of your retention, it is possible that litigation may occur.  If Firm has excluded certain types of litigation from its representation, Firm will not be representing you in that possible litigation.  You, the Client, have a responsibility to preserve ESI (emails, Facebook, word documents, excel files, etc.) and Documents which may be related to any future litigation. In a bankruptcy the majority of these documents are financial in nature, and include bank statements, checks, contracts, etc.  You have a responsibility to preserve these documents and not allow them to be destroyed or lost from this point forward.

*Attorney Discretion*

If another attorney requests that I grant an extension of time to do something in your case, the ability to approve or deny this request will be in my discretion.

REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

R & H Motor Group and Jason Ward Law, LLC. Retainer Agreement

If you are in agreement with the terms contained herein I would ask that you sign and date below and return to me.

Sincerely,

**Jason Ward Law, LLC,**

/s/ Jason M. Ward


**AGREED AND ACCEPTED:**

**R & H Motor Group,**

*Hani IBRAHIM*
Hani IBRAHIM (04/06/2025 23:00 EDT)

By: **Hani Ibrahim**
Date: April 3, 2025

# United States Bankruptcy Court
## District of South Carolina

In re  **R & H Motor Group, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hani Ibrahim**<br>**6829 Evanton Loch Road**<br>**Charlotte, NC 28278** | **Common Shares** | **100%** | **Voting & Distributional** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April  6, 2025**

Signature    **/s/ Hani Ibrahim**

**Hani Ibrahim**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  **R & H Motor Group, Inc.** _____     Case No. _____

Debtor(s)                     Chapter     **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)      _____ computer diskette

(b)      _____ scannable hard copy
(number of sheets submitted _____)

(c)      **X**   electronic version filed via CM/ECF

Date:  **April  6, 2025** _____      /s/ Hani Ibrahim _____
                                                **Hani Ibrahim**
                                                Signature of Debtor

                                                **/s/ Jason M Ward** _____
                                                Signature of Attorney
                                                **Jason M Ward**
                                                **Jason Ward Law, LLC**
                                                **414-D Pettigru St**
                                                **Greenville, SC 29601**
                                                **864-239-0007**
                                                Typed/Printed Name/Address/Telephone

                                                **11530 SC** _____
                                                District Court I.D. Number

.

CITY OF ROCK HILL
C/O WILLIAM SANDERS
PO BOX 11706
ROCK HILL SC 29731-1706


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
1835 ASSEMBLY STREET
MDP 39
COLUMBIA SC 29201


NEXTGEAR CAPITAL INC
1320 CITY CENTER DRIVE
SUITE 100
CARMEL IN 46032


NEXTGEAR CAPITAL INC.
11799 NORTH COLLEGE AVENUE
CARMEL IN 46032


PINNACLE BANK
PO BOX 292487
NASHVILLE TN 37229-2487


PINNACLE BANK
C/O WOMBLE BOND DICKINSON
ATTN: JASON D. WYMAN
550 SOUTH MAIN STREET, SUITE 400
GREENVILLE SC 29601


PINNACLE BANK
150 THIRD AVENUE SOUTH
SUITE 900
NASHVILLE TN 37201


PINNACLE BANK, A TENNESSEE BANK
CHARLOTTE BALLANTYNE
15025 BALLANCROFT PARKWAY
CHARLOTTE NC 28277

SC DEW
DOCUMENT CONTROL – BANKRUPTCY
PO BOX 995
COLUMBIA SC 29202-0995


SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF GENERAL COUNSEL
300 A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


WELLS FARGO
PO BOX 6995
PORTLAND OR 97228


WELLS FARGO
P.O. BOX 14517
DES MOINES IA 50306


WELLS FARGO SIGNIFY BUSINESS ESSENTIAL
PO BOX 14453
DES MOINES IA 50306


YORK COUNTY TAX COLLECTOR
P.O. BOX 116
YORK SC 29745


YORK COUNTY TAX COLLECTOR
18 WEST LIBERTY STREET
YORK SC 29745

# United States Bankruptcy Court
## District of South Carolina

In re   **R & H Motor Group, Inc.**
_____        Case No. _____
                                    Debtor(s)        Chapter      **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **R & H Motor Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  6, 2025**
_____
Date

**/s/ Jason M Ward**
_____
**Jason M Ward 11530**
Signature of Attorney or Litigant
Counsel for   **R & H Motor Group, Inc.**
**Jason Ward Law, LLC**
**414-D Pettigru St**
**Greenville, SC 29601**
**864-239-0007 Fax:864-239-0343**
**Jason@WardLawSC.com**